█ ROSE GLAZER, Respondent-Appellant, v. ABRAHAM M. GLAZER, Appellant-Respondent.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.